**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Shane Travis WARRANT, Defendant—
Appellant.**

No. 08–30192.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 18, 2009.*

Filed Feb. 26, 2009.

Paulette Lynn Stewart, Assistant U.S., USHE–Office of the U.S. Attorney, Helena, MT, for Plaintiff–Appellee.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Andrew J. Nelson, Esquire, Mudd Nelson, Missoula, MT, for Defendant–Appellant.

Before: BEEZER, FERNANDEZ, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Shane Travis Warrant appeals from the district court's denial of his motion to suppress evidence. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Warrant contends that the district court erred when it denied his motion to suppress because evidence obtained during a traffic stop was seized in violation of the Fourth Amendment. Warrant waived the right to appeal this issue when he entered an unconditional guilty plea. *See United States v. Lopez–Armenta,* 400 F.3d 1173, 1175 (9th Cir.2005).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.